AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Robert James Bonham<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00367
Assigned To : Judge Zia M. Faruqui
Assign. Date : 11/26/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Robert James Bonham                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(F) -Act of Physical Violence in the Capitol Grounds or Buildings

Date:    11/26/2024

*Issuing officer's signature*

City and state:    Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* 11-26-24 , and the person was arrested on *(date)* 12-4-24
at *(city and state)* Birmingham, Alabama

Date: 12-4-24

*Arresting officer's signature*

Jonathan Kirk Special Agent
*Printed name and title*